IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONNIE COLEMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-1510 |
| § | |
| SENTINEL TRANSPORTATION, LLC, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Because the record shows that service of process has not yet occurred, the deadlines for filing the joint discovery/case management plan and the date for the initial pretrial and scheduling conference are extended. The conference set for September 25, 2009 is canceled. The conference is reset to **November 20, 2009, at 8:45 a.m.** Counsel for the plaintiff must notify all other parties of this change.

SIGNED on September 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge